The People of the State of New York ex rel. Ralph Oyague, Appellant, v Steven Racette, as Warden/Superintendent of Clinton Correctional Facility, Respondent.

Submitted February 8, 2016; decided March 29, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.